## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. 3:CR-19-250 |
| | : | |
| **v.** | : | |
| | : | **(JUDGE CAPUTO)** |
| | : | |
| **MARTIN EVERS,** | : | |
| | : | |
| Defendant. | : | |

## SCHEDULING ORDER

Jury selection and trial are scheduled for **Tuesday, November 12, 2019 at 9:30 a.m.**, Courtroom #3, Max Rosenn United States Courthouse, 197 South Main Street, Wilkes-Barre, Pennsylvania.  Trial will begin immediately after a jury has been selected.

Pretrial motions, together with supporting briefs, shall be filed by **OCTOBER 10, 2019.**


October 4, 2019                      /s/ A. Richard Caputo
Date                                              A. Richard Caputo
                                                       United States District Judge