THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : 3:19-CR-250 |
| | : (JUDGE MARIANI) |
| MARTIN EVERS | : |
| Defendant. | : |

## ORDER

**AND NOW, THIS 15TH DAY OF JUNE, 2020**, upon consideration of Defendant's Motion to Continue Deadline for Pretrial Motions (Doc. 49) and the Government's concurrence therewith, the Court finds that the ends of justice will be served by affording such an extension. The Court further finds that an extension outweighs the best interests of the public and the Defendant in a speedy trial, and that any delay occasioned by this continuance shall be excluded from speedy trial calculations pursuant to 18 U.S.C. § 3161(h)(7).

**ACCORDINGLY, IT IS HEREBY ORDERED THAT** Defendant's Motion (Doc. 49) is **GRANTED**. Defendant shall file all pretrial motions no later than **July 23, 2020**. Jury Selection and Trial will be scheduled after the expiration of the motion deadline.

Robert D. Mariani
United States District Judge