THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : 3:19-CR-250 |
| | : (JUDGE MARIANI) |
| MARTIN EVERS, | : |
| Defendant. | : |

### ORDER

AND NOW, THIS __6th__ DAY OF NOVEMBER, 2020, upon consideration of Defendant Evers' pending pre-trial motions (Docs. 53-59), **IT IS HEREBY ORDERED THAT** an evidentiary hearing and oral argument shall be held on **Thursday, January 21, 2021 at 10:30 a.m.** in the William J. Nealon Federal Building & U.S. Courthouse, Scranton, Pa. The parties can obtain information on courtroom assignment by contacting the Clerk of Court's office the Friday before the scheduled appearance.

_____
Robert D. Mariani
United States District Judge