IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 3:19-CR-250 |
| | : | |
| MARTIN EVERS | : | JUDGE ROBERT D. MARIANI |
| | : | |
| | : | ELECTRONICALLY FILED |

ORDER

AND NOW, this 13th day of November, 2020, upon consideration of Defendant Martin Evers's Motion to Continue Reply Brief Deadline to the Government's Pretrial Motion Responses, IT IS HEREBY ORDERED THAT the deadline for all pretrial motions shall be extended to December 9, 2020. The Court, for the reasons advanced by defendant, finds that the ends of justice served by the granting of the continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court further finds that failure to grant the motion would likely result in a miscarriage of justice. The delay occasioned by this

Motion is excludable pursuant to 18 U.S.C. §3161(h)(7)(A), 18 U.S.C. §3161(h)(7)(B)(I) and 18 U.S.C. §3161(h)(7)(B)(ii) and (iv).

                                        ROBERT D. MARIANI, JUDGE
                                        UNITED STATES DISTRICT COURT