

February 26, 2021

**VIA PACER & FIRST-CLASS MAIL**

Honorable Robert D. Mariani
U.S. District Court for the Middle District of PA
235 North Washington Avenue
Scranton, PA  18501

    Re:    USA v. Evers - No. 3:19-CR-250

Dear Judge Mariani:

    Counsel for both parties to the above-captioned matter are planning for the hearing scheduled before Your Honor on March 11, 2021 at 10:30 a.m. In an effort to ensure that the parties are efficiently utilizing the Court's time, it is respectfully submitted that the parties suggest the following procedural process:

1. The parties will call witnesses relevant to the Daubert Motion and expert witness issues raised by the defense pretrial motions.  The out-of-town expert witness(es) will be called first.
2. At the conclusion of the Daubert/expert opinion testimony, the defense will call witnesses to address standing as required under search and seizure (IV Amendment) jurisprudence.
3. Depending upon the Court's decision on standing, the parties would be prepared to proceed to call witnesses on the search and seizure issues.

    The parties suggest to the Court that a brief phone call may be useful at the Court's convenience regarding any matters that are not addressed adequately above.

                        Respectfully,

                        */s/ Patrick A. Casey*
                        Patrick A. Casey

PAC:kap
cc:  Michelle L. Olshefski, AUSA (via PACER & electronic mail)

425 Spruce Street, Suite 200 • Scranton, PA 18503   |   240 North Third Street, 5th Floor • Harrisburg, PA 17101
P: 570-342-6100 • F: 570-342-6147   |   P: 717-553-6251

www.mbklaw.com