## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,          :
                                   : CRIMINAL NO. 3:19-CR-250
      v.                            : (JUDGE MARIANI)
                                   :
MARTIN EVERS,                      :
                                   :
      Defendant.                  :

### ORDER

**AND NOW, THIS** _____ **DAY OF MAY 2021**, upon consideration of Defendant's

Motion to Preclude Any Witnesses from Testifying as to Ultimate Legal Conclusions or

Legal Standards Governing Case (Doc. 55) and all relevant documents, for the reasons

discussed in the simultaneously filed Memorandum Opinion, **IT IS HEREBY ORDERED**

**THAT** the Motion to Preclude Any Witnesses from Testifying as to Ultimate Legal

Conclusions or Legal Standards Governing Case (Doc. 55) is **DENIED**.

 

Robert D. Mariani
United States District Judge