IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 3:19-CR-250 |
| | : | |
| MARTIN EVERS, | : | JUDGE ROBERT D. MARIANI |
| | : | |
| | : | ELECTRONICALLY FILED |

## MOTION FOR LEAVE TO EXCEED WORD COUNT

Pursuant to Local Rule 7.8(b)(3), Defendant Martin Evers ("Dr. Evers") hereby moves for an Order permitting him to exceed the word limit provided for in Middle District Local Rule 7.8(b)(2) in the filing of his Submission in Further Support of Hearing Pursuant to *Franks v. Delaware*. In support thereof, Martin Evers states as follows:

1. Pursuant to Local Rule 7.8(b)(3), Dr. Evers hereby seeks leave to file his Submission in Further Support of Hearing Pursuant to *Franks v. Delaware* of up to 6,000 words.

2. Additional words are needed to fully address the various arguments given the number of witnesses interviewed prior to the submission of the Affidavit of Probable Cause in order to fully demonstrate that Dr. Evers has satisfied the showing required for a hearing pursuant to *Franks v. Delaware.* 438 U.S. 154, 155-56 (1978).

WHEREFORE, Dr. Evers respectfully requests that the Court grant leave to file its Submission in Further Support of Hearing Pursuant to *Franks v. Delaware* of up to 6,000 words.

                                                             Respectfully submitted,

                                                             /s/ Suzanne P. Conaboy
                                                            Suzanne P. Conaboy

Myers, Brier & Kelly, LLP
425 Spruce Street, Suite 200
Scranton, PA  18503
(570) 342-6100

Date:  June 4, 2021

## **CERTIFICATE OF CONCURRENCE**

I, Suzanne P. Conaboy, hereby certify that I sought the concurrence of Assistant United States Attorney Michelle L. Olshefski, Esquire, in this Motion. Ms. Olshefski concurs in this Motion.

/s/ Suzanne P. Conaboy
Suzanne P. Conaboy

Date: June 4, 2021

## **CERTIFICATE OF SERVICE**

I, Suzanne P. Conaboy, hereby certify that a true and correct copy of Defendant's Motion For Leave to Exceed Word Count was served upon the following counsel of record via the Court's ECF system this 4th day of June 2021.

>Michelle L. Olshefski, Esquire
>U.S. Attorney's Office
>P.O. Box 309
>235 North Washington Avenue
>Scranton, PA 18501

/s/ Suzanne P. Conaboy
Suzanne P. Conaboy