# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 3:19-CR-250** |
| | : | |
| **MARTIN EVERS,** | : | **JUDGE ROBERT D. MARIANI** |
| | : | |
| | : | **ELECTRONICALLY FILED** |

## ORDER

AND NOW, on this _____ day of June 2021, upon consideration of the Motion For Leave to Exceed Word Count, IT IS HEREBY ORDERED THAT the Motion is GRANTED.

_____
J.