# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : CRIMINAL NO. 3:19-CR-250 |
| v. | : (JUDGE MARIANI) |
| | : |
| MARTIN EVERS, | : |
| | : |
| Defendant. | : |

## ORDER

AND NOW, THIS 7th DAY OF JUNE 2021, upon consideration of Defendant's Motion for Leave to Exceed Word Count (Doc. 146) and Submission in Further Support of Hearing Pursuant to *Franks v. Delaware* (Doc. 147), **IT IS HEREBY ORDERED THAT**:

1. The Motion for Leave to Exceed Word Count (Doc. 146) is **DENIED** for failure to comply with Local Rule 7.8(b) of the Local Rules of Court of the Middle District of Pennsylvania;

2. The Submission in Further Support of Hearing Pursuant to *Franks v. Delaware* (Doc. 147) is **REJECTED** for failure to comply with Local Rule 7.8(b).

Robert D. Mariani
United States District Judge