## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **CRIMINAL NO.  3:19-CR-250** |
| | **:** | |
| **MARTIN EVERS,** | **:** | **JUDGE ROBERT D. MARIANI** |
| | **:** | |
| | **:** | **ELECTRONICALLY FILED** |

### MOTION FOR LEAVE TO FILE NUNC PRO TUNC

1.    On Friday, June 4, 2021, Defendant Martin Evers filed a Motion for Leave To Exceed Word Count (ECF 146) relating to Dr. Evers Submission in Further Support of Hearing Pursuant to *Franks v. Delaware* (ECF 147).

2.    On Monday, June 7, 2021, the Court issued an Order denying the Motion for Leave To Exceed Word County "for failure to comply with Local Rule 7.8(b) of the Local Rules of Court of the Middle District of Pennsylvania . . . ." (ECF 148.)  The Court also rejected the non-conforming filing of the Submission and the corresponding exhibits filed under seal.  *Id.*

3.    Undersigned counsel recognizes his error.  Local Rule 7.8(b) requires that any request to file brief in excess of 5,000 must be filed "at least two (2) working days before the brief is due."  *See* L.R. 7.8(b)(3).

4.    Counsel violated L.R. 7.8(b) by failing to request the authority to file a brief in excess of 5,000 at least two days before the due date of the brief.

5.      Counsel recognizes the presumptuousness of ignoring the Local Rules of Court and, thereby, seeking to deny the authority of the Court to determine whether to grant the authority to file a brief in excess of 5,000.

6.      Counsel apologizes to the Court for disregarding the Local Rules of Court.

7.      Counsel respectfully seeks in the instant Motion authority from the Court to file out of time by Friday, June 11, 2021, the Submission in Further Support of Hearing Pursuant to *Franks v. Delaware* and the correspondence exhibits in conformance with L.R. 7.8(b).

8.      The filed submission will not exceed the 5,000-word limit provided for in L.R. 7.8(b).

WHEREFORE, counsel for Defendant Dr. Martin Evers respectfully requests that the Court grant this Motion and permit him to file the Submission in Further Support of Hearing Pursuant to *Franks v. Delaware* and the corresponding

exhibits in conformance with L.R. 7.8(b) *nunc pro tunc* on or before Friday, June

11, 2021.

Respectfully submitted,

/s/ Patrick A. Casey
Patrick A. Casey
Frank J. Brier
Suzanne P. Conaboy

Myers, Brier & Kelly, LLP
425 Spruce Street, Suite 200
Scranton, PA  18503
(570) 342-6100

Date:  June 8, 2021

## <u>CERTIFICATE OF CONCURRENCE</u>

I, Patrick A. Casey, hereby certify that I sought the concurrence of Assistant

United States Attorney Michelle L. Olshefski, Esquire, in this Motion.  Ms.

Olshefski concurs in this Motion.


<u>/s/ Patrick A. Casey</u>
Patrick A. Casey


Date:  June 8, 2021

## **CERTIFICATE OF SERVICE**

I, Patrick A. Casey, hereby certify that a true and correct copy of

Defendant's Motion to File Nunc Pro Tunc was served upon the following counsel

of record via the Court's ECF system this 8th day of June 2021.

Michelle L. Olshefski, Esquire
U.S. Attorney's Office
P.O. Box 309
235 North Washington Avenue
Scranton, PA 18501

/s/ Patrick A. Casey
Patrick A. Casey