## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 3:19-CR-250 |
| | : | |
| MARTIN EVERS, | : | JUDGE ROBERT D. MARIANI |
| | : | |
| | : | ELECTRONICALLY FILED |

## ORDER

AND NOW, on this _____ day of June 2021, upon consideration of the Motion To File Nunc Pro Tunc, IT IS HEREBY ORDERED THAT the Motion is GRANTED. Defendant Martin Evers shall file his Submission in Further Support of Hearing Pursuant to *Franks v. Delaware* by June 11, 2021. It is further ORDERED that Defendant's request to file the corresponding exhibits under seal is hereby GRANTED.

_____
J.

{00552343}