THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : CRIMINAL NO. 3:19-CR-250 |
| v. | : (JUDGE MARIANI) |
| | : |
| MARTIN EVERS, | : |
| | : |
| Defendant. | : |

### ORDER

AND NOW, THIS **20th** DAY OF AUGUST 2021, upon consideration of Defendant's Motion to Exclude Opinion and Testimony of Dr. Stephen Thomas (Doc. 54), for the reasons discussed in the simultaneously filed Memorandum Opinion, **IT IS HEREBY ORDERED THAT** Defendant's Motion to Exclude Opinion and Testimony of Dr. Stephen Thomas (Doc. 54) is **DENIED**.

Robert D. Mariani
United States District Judge