# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,  :
: CRIMINAL NO. 3:19-CR-250
v.  : (JUDGE MARIANI)
:
MARTIN EVERS,  :
:
Defendant.  :

## ORDER

**AND NOW, THIS** 18th **DAY OF OCTOBER 2021,** for the reasons set forth in the separately filed Memorandum Opinion, **IT IS HEREBY ORDERED THAT** Defendant's Motion to Suppress the Search & Seizure of 104 Bennett Avenue, Suite 2C, Milford, PA on August 6, 2019 Pursuant to *Franks v. Delaware* (Doc. 57) is **DENIED**.

Robert D. Mariani
United States District Judge