THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,            :
                                     : CRIMINAL NO. 3:19-CR-250
v.                                   : (JUDGE MARIANI)
                                     :
MARTIN EVERS,                        :
                                     :
    Defendant.                       :

## ORDER

AND NOW, THIS 7th DAY OF NOVEMBER 2022, upon consideration of the Government's Motion in Limine to Preclude Evidence of Defendant's "Good Care" to Uncharged Patients and Any Self-Serving Hearsay Statements (Doc. 196) and all relevant documents, **IT IS HEREBY ORDERED THAT**:

1. The Motion is **DEFERRED IN PART** and **GRANTED IN PART**;

2. The Motion is **DEFERRED** as to the Government's request to preclude evidence related to Dr. Evers' good care of patients not named in the Superseding Indictment;

3. The Motion is **GRANTED** as to the Government's request to exclude Defendant's own self-serving hearsay statements unless he takes the stand and testifies or an exception to the hearsay rule applies.

Robert D. Mariani
United States District Judge