## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,      :
                                        :

     v.                              :     **3:19-CR-250**
                                          :     **(JUDGE MARIANI)**

MARTIN EVERS,                :
                                        :

              **Defendant.**         :

FILED
SCRANTON

NOV 08 2022

PER _____

DEPUTY CLERK

## ORDER

The Background of this Order is as follows:

On November 6, 2022, the Government filed Government's Motion for Leave to Amend

Count 2 of the Superseding Indictment (Doc. 235) and supporting brief (Doc. 236).  The Motion

states that

> [t]he Government seeks leave to amend Count 2 of the superseding indictment by withdrawing the additional allegation that "serious bodily injury and death of "K.D." resulted from the use of the controlled substances distributed and dispensed by the defendant."
>
> The Government intends to proceed on Count 2 with respect [to] the allegations that the defendant knowingly and intentionally distributed and dispensed to "K.D.", and caused to be distributed and dispensed to "K.D.", outside the usual course of professional practice and not for a legitimate medical purpose, a controlled substance containing methadone, a Schedule II controlled substance, and a controlled substance containing diazepam (Valium), a Schedule IV controlled substance.

(Doc. 235 ¶¶ 3, 4.)

At the Pretrial Conference held on November 8, 2022, Defendant's counsel indicated

Defendant has no objection to the Government's Motion.

ACCORDINGLY,  THIS _____ DAY OF NOVEMBER 2022,  IT IS HEREBY ORDERED

**THAT** the Government filed Government's Motion for Leave to Amend Count 2 of the Superseding

Indictment (Doc. 235) is **GRANTED**.

Robert D. Mariani
United States District Judge

2