THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

MARTIN EVERS,

        Defendant.

3:19-CR-250
(JUDGE MARIANI)

FILED
SCRANTON

NOV 10 2022

PER _____
    DEPUTY CLERK

## ORDER

AND NOW, THIS 10th DAY OF NOVEMBER 2022, upon consideration of Defendant's Motion to Suppress, Exclude, and Limit Evidence and Witnesses Based Upon Untimely Disclosures by the Government (Doc. 211) and all relevant documents, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT** the Motion is **DENIED**.

_____
Robert D. Mariani
United States District Judge