IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 3:19-CR-250 |
| | : | |
| MARTIN EVERS, | : | JUDGE MARIANI |
| | : | |
| | : | ELECTRONICALLY FILED |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance ONLY on behalf of Defendant Martin Evers in the above-captioned matter.

Respectfully submitted,

/s/ Suzanne P. Conaboy
Suzanne P. Conaboy (PA ID# 314036)

Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA  18503
(570) 342-6100

Date:  March 13, 2023

## **CERTIFICATE OF SERVICE**

I, Suzanne P. Conaboy, hereby certify that a true and correct copy of the foregoing Withdrawal of Appearance was served upon the following counsel of record via the Court's ECF system on this 13th day of March 2023:

> Michelle L. Olshefski, Esquire
> Jenny P. Roberts, Esquire
> United States Attorney's Office
> 235 North Washington Avenue
> Scranton, PA 18501

/s/ Suzanne P. Conaboy