## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | NO.  3:19-CR-250 |
| | : | |
| MARTIN EVERS | : | JUDGE ROBERT D. MARIANI |
| | : | |
| | : | ELECTRONICALLY FILED |

### ORDER

AND NOW, this 28th day of March, 2023, upon consideration of Defendant

Martin Evers' Motion for Extension of Time to Respond to Presentence

Investigation Report, IT IS HEREBY ORDERED THAT the Motion is

GRANTED AS MODIFIED.  The deadline to respond to Presentence

Investigation Report is April 13, 2023.

_____
                                                    J.